UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

DERICK RICHARDSON,            Case No.: 21-05038-LVV
                                       Chapter: 7

    Debtor.
_____/

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice and Order Scheduling Preliminary Hearing on Motion for Relief from the Stay (and Seeking Two Year Bar Pursuant to § 362(4)(d)) Filed by U.S. Bank Trust, N.A. (related document(s) 31) (Doc. No. 38) was served on December 30, 2021 by U.S. Mail, First Class to Derick Richardson, 224 Clark Street, Eatonville, Florida 32751; and those parties receiving CM/ECF service.

                                                 McCalla Raymer Leibert Pierce, LLC

           By:        */s/Reka Beane*
                                   Reka Beane
                                   Florida Bar No. 52919
                                   110 S.E. 6th Street, Suite 2400
                                   Ft. Lauderdale, FL 33301
                                   407-674-1639
                                   Reka.Beane@mccalla.com

- **Reka Beane**     reka.beane@mccalla.com
- **United States Trustee - ORL7/13**     USTP.Region21.OR.ECF@usdoj.gov
- **Laurie K Weatherford**     ecfdailysummary@c13orl.com