IN THE UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF
ORLANDO FLORIDA

Derick Richardson
_____
         DEBTOR

CASE # 6:21-bk-05038-LVV

CHAPTER 13

NOTICE AND MOTION TO DISMISS
DEBTORS' CH 13 BANKRUPTCY CASE

DEBTOR, DERICK RICHARDSON, HEREBY GIVE NOTICE AND FILES THIS MOTION TO DISMISS THE DEBTORS' CHAPTER 13 BANKRUPTCY CASE PURSUANT TO 11 U.S.C. 1307 (b) AND RONALD J. SMITH V. U.S. BANK N. A., CASE # 20-3150 (6TH CIR, JUNE 9, 2021, WHICH HOLDING THAT THE PLAIN TERMS, THE RIGHT TO DISMISS IN 11 U.S.C. 1307 (b) IS MANDATORY; DEBTOR REQUEST THE COURT TO DISMISS THE CASE FOR THE FOLLOWING GROUNDS, AS FOLLOWS:

1. DEBTOR FILED CHAPTER 7 BANKRUPTCY PETITION, AND REQUESTED THAT CASE BE PLACED IN THE COURTS' MEDIATION PROGRAM, WHICH WAS DENIED BY THE COURT. THE DEBTOR THEN REQUESTED THAT THE CASE BE CONVERTED TO CHAPTER 13 BANKRUPTCY PETITION, WHICH WAS GRANTED, AND DEBTOR REQUESTED THAT CASE BE SET IN COURTS' MEDIATION PROGRAM AND THE REQUEST WAS DENIED.

2. DEBTOR FILED BANKRUPTCY PETITION IN THIS CASE IN GOOD FAITH TO CURE MORTGAGE DEBT OBLIGATIONS.

3. AT THE TIME OF FILING THE PETITION, DEBTOR SHOWED THE ABILITY AND INCOME TO CURE THE DEBT. DEBTOR ATTENDED ALL MEETINGS AND HEARINGS.

4. THE DEBTOR PAID ALL FILING FEES IN THIS CASE AND ATTENDED CREDIT COUNSELING CLASS AS REQUIRED BY THE COURT RULES.

5. DEBTOR FILED ALL REQURED SCHEDULES.

6. DEBTOR PROVIDED THE COURT WITH A PLAN TO CURE THE DEBT WHICH WAS SUBJECT TO DEBTORS' PENDING REQUEST FOR MEDIATION IN COURTS' MEDIATION PROGRAM, WHICH WAS DENIED.TO REDUCE THE AMOUNT OWED ON THE MORTGAGE DEBT .

7. FAILURE OF DEBTOR TO PARTICIPATE IN THE COURTS' MEDIATION PROGRAM PLACES FINANCIAL HARDSHIP ON DEBTORS FINANCIAL CIRCUMSTANCES ,AND DEBTOR CAN NO LONGER AFFORD TO MAKE THE PAYMENTS UNDER THE CHAPTER 13 PAYMENT PLAN .THEREFORE, DEBTOR HAS SHOWN THAT THE PETITION WAS FILED IN GOOD FAITH .

8. DEBTOR DID NOT FILE THIS CASE TO DELAY THE CREDITORS.

9. WHEREFORE, DEBTOR REQUEST THAT CASE IS DISMISSED WITHOUT ANY SANCTIONS AGAINST DEBTOR .

RESPECTFULLY SUBMITTED,
*Derick Richardson*
224 CLARK STREET EATONVILLE FLORIDA 32751

SERVICE LIST

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS FAXED AND U.S. MAILED TO ALL THE CRIDITORS ,PARTIES AND ITS ATTORNEYS LISTED ON DEBTORS' CREDITORS LIST IN THE COURT FILE ON Jan /9 20 22 .

VERIFICATION
I HAVE READ THE FOREGOING CONTENTS AND FACTS AND I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING CONTENTS AND FACTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, BELIEF AND INFORMATION ON Jan /9 20 22

*Derick Richardson*                DERICK RICHARDSON

*property ownership*

## TRUSTEE ASSIGNMENT OF LEASE AGREEMENT

ROBERT KING, AS TRUSTEE UNDER TRUST # 786 DATED SEPT 28, 2010, and referred to as LANDLORDS, having an address of : PO BOX 783531 WINTER GARDEN FLORIDA 34778 and , DERICK RICHARDSON, referred to as TENANT, agree:
TENANT leases from LANDLORD, ROBERT KING, TRUSTEE UNDER TRUST # 786 DATED SEPT 28, 2010,the beneficial interest in trust # 786 dated sept 28, 2010, the following described property located at:

786 CRYSTAL BAY LANE ORLANDO FLORIDA 32828, PARCEL ID # 30-22-32-9012-00-150,( the rental property), in orange county Florida,

This agreement is beginning and effective on SEPT 30, 2010, at which time tenant took actual possession of the real property and this agreement ending on SEPT 30, 2030, for the monthly rent of $ 1700.00 dollars) to be paid as follows : paid on the 30TH of each month without default , the amount of $ 17.00.00 , dollars payment is for monthly rent for rent of the subject real property and premises, without defaulting on the agreement . If payments are U.S. mailed to landlord, payment must reach landlord possession on or before the due date. Any rent payment made after 5 days from due date ( 30th of each month ) shall result in an additional $ 50. 00 dollars late fee due and owing, OTHER CONSIDERATIONS : Tenant agree to make all repairs on leased building, including plumbing, walls, floors ,and roof inside and outside of building, as the repairs become necessary, at tenant own expense for the life of this agreement . tenant shall pay $ 1700.00 dollars in advance as security deposit . This long term lease agreement shall act as a mortgage lien in favor of the tenant .If any of tenant check/s is or dishonored or rejected by any bank, $ 30 fee charge is due and owing to landlord by tenant.
TENANT shall follow published rules and regulations concerning parking, noise, and use of facilities.
TENANT may sub-let the premises without the prior written approval of the LANDLORD / OWNER .Additional persons authorized to live in premises : is authorized.
LANDLORD, its agent or assigns shall have the right to enter the rented premises upon 5 day written or verbal notice for the purpose of inspection and make repairs on building, any damage determined to be the fault of tenant, tenant shall have 14 days to repair or correct the damages or pay landlord the amount to repair damages with labor to repair the damage area/s . Tenant failure to allow landlord, its agents or assigns to inspect the building under the terms herein may constitute a default under the terms. Tenant is responsible and liable for any and all damages found during the inspection period .

TENANT shall maintain the sidewalks and other out door areas in conformity with all applicable rules and regulations. TENANT shall perform regular maintenance and cleaning of heating/cooling appliances, at TENANT's expense. All repairs of appliances

*keep in file*

and the structure shall be the responsibility of the tenant, except that repairs costing in excess of $ 500,00, and not occasioned by the negligence of the TENANT or its family and visitors shall be the responsibility of the OWNER. Tenant shall not house, allow or cause any person to live in the subject leased building if said person/s are not listed on the least, could result in eviction/ foreclosure or addition rent amount.

The premises shall be solely occupied as a residence . TENANT shall make alterations to the buildings or structures on the lease premises as repairs only as described herein without the prior written consent of the OWNER. At the termination of the lease, the structures and alterations shall become the sole property of the OWNER.

In the final 45 days of the lease, the OWNER shall be entitled to show the premises to rental applicants .This document is not intended to be a merger.

At the conclusion of the lease, the TENANT shall quit the premises and deliver them to the OWNER in as good condition as they were at the commencement of the lease, ordinary wear and tear excepted.

This lease agreement is intended to be separate from any mortgage that may be attached to the property, and is superior in priority to any mortgage on the real property herein .

The following utilities shall be paid for and provided by OWNER / landlord : none.
All other utilities shall be paid for by TENANT.

In the event that the leased premises are condemned by lawful authority, or, destroyed by reasons other than the negligence of the tenant, the lease shall terminate at the time of condemnation or destruction. Any prepaid rent shall be refunded.

In the event that the property is partially destroyed or partially condemned for reasons other than the negligence of the TENANT, the rental shall, at the option of the OWNER, cease, or shall proportionally abate. Upon restoration of the premises, the full rent amount shall continue to apply .TENANT rents from OWNER the following described furnishings: :none .

TENANT will return the premises to the OWNER, in good condition, ordinary wear and tear excepted in order. Security deposit is none refunded for the foresaid reasons . pets shall be permitted on the premises without the prior written approval of the OWNER. OWNER may condition such permission on payment of an additional pet deposit .The TENANT is aware and agree that the lease terms shall automatic renew for additional 20 years 30 days prior to the expiration of the current lease agreement, the new rental price is $ 1700.00 dollars per month shall continue in consideration of tenant continued obligations and responsibilities of making all repairs and maintenance requirements on premises as become necessary and needed on the premises .

This contract represents the entire agreement between the parties, and the same may only be changed in writing. In the event of a default, the OWNER shall take foreclose legal action to enforce the agreement, the TENANT shall pay all costs of enforcement including reasonable attorney's fees .This agreement is binding and enforceable upon all parties signing . if this agreement is not recorded in official records, it is the intent of the parties, but the agreement is still legally enforceable ,binding and legally valid upon all parties executing this agreement. Notice shall be by tenant openly in possession and living in the real property.

## State of Florida

## County of Orange

I, TENANT AND LANDLORD/ TRUSTEE HEREIN, HAVE READ THE FOREGOING LEASE AGREEMENT, TERMS AND CONDITIONS, BEING DULY SWORN BY NOTARY PUBLIC WHO TOOK AN OATH OF THE PARTIES HEREIN, WHO DEPOSES AND SAID TO THE NOTARY PUBLIC THAT THE FOREGOING CONTENTS AND FACTS LISTED IN THE FOREGOING DEED ARE TRUE AND CORRECT TO THE BEST OF TENANT, AND LANDLORD KNOWLEDGE AND BELIEF, AND SIGNED THE SAME BEFORE ME ON _Sept 30_ 20_10_, _X_ WHO IS PERSONALLY KNOWN TO ME AS THE PERSONS MAKING THE OATH.

_Rbt King_ _____ LANDLORD/ TRUSTEE, Robert King

_Derick Richardson_ _____ TENANT, Derick Richarson

_Anissa King_ _____ NOTARY PUBLIC

_James Ward_ _____ WITNESS James Ward

_George Mason_ _____ WITNESS George Mason

ANISSA KING
MY COMMISSION # DD434451
EXPIRES: JUNE 21, 2013
FLORIDA NOTARY SERVICE.COM

LANDLORD/TRUSTEE assignor signing as agent for TRUST # 786 DATED SEPT 28, 2010