[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated:  June 29, 2022

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                              Case No. 6:21−bk−05038−LVV
                                                                                                    Chapter 13

Derick Richardson

_____Debtor*_____/

**ORDER DENYING EMERGENCY MOTION TO SET VACATE ORDER GRANTING RELIEF FROM STAY**

THIS CASE came on for consideration without a hearing of the Emergency **Motion to Set Vacate Order Granting Relief From Stay** (Doc. **72** ), filed by **Debtor Derick Richardson** .

The Court having considered the record, the Emergency Motion to Set Vacate Order Granting Relief From Stay is Denied .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.